UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adam Hageman,   Case No. 20-cv-2662 (SRN/DTS)

    Petitioner,

v.   **ORDER**

Minnesota Department of Corrections et al.,

    Respondents.

Adam Hageman, OID# 251041 MCF – Faribault, 1101 Linden Lane, Faribault, MN 55021, Petitioner pro se.

Matthew Frank, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for Respondents.

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 24, 2021 [Doc. No. 7]. No objections have been filed to that Report and Recommendation in the time period permitted.

    The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 17, 2021          s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge